## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  YASMIN AND YAZ** | ) | |
| **(DROSPIRENONE) MARKETING, SALES** | ) | **3:09-md-02100-DRH** |
| **PRACTICES AND PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

*Deborah Munson Badini v. Bayer Corporation et al*      No. 09-cv-10192-DRH

*Rebeccah Peterson v. Bayer Corporation, et al.*      No. 11-cv-11098-DRH

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 18, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        **BY:   /s/ Caitlin Fischer**
                **Deputy Clerk**

Date: September 18, 2014

Digitally signed by David R. Herndon

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT